JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joergen Geerds,<br><br>Plaintiff,<br><br>v.<br><br>Luxury Presence, Inc.,<br><br>Defendant. | Case No. CV 24-01401-DMG(MARx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii) [24]** |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Joergen Geerds and Defendant Luxury Presence, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: February 21, 2025

_____
Dolly M. Gee
Chief United States District Judge

ORDER OF DISMISSAL